DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1871

[April 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 311996CF000665A.

Eric Green, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***